UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ 2ND _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Laura Montoya     JOINT DEBTOR: _____     CASE NO.: 16-10855 BKC RBR
Last Four Digits of SS# 4110     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 671.66   for months  1  to  30 ;
  B.  $ 685.36   for months  31  to  60 ;
  C.  $_____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500 Fees + $150 Costs TOTAL PAID $ 390.00
  Balance Due $ 3,260.00 payable $ 108.67 /month (Months  1  to  30 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Martinique @ Miramar Community        Total Arrears  $ 15,075.82
Address: 14275 SW 142 Ave                Arrears Payment  $ 196.93 / month (Months  1  to  30 )
Miami, FL 33186                          Arrears Payment  $ 305.60 /month (Months  31  to  60 )
Account # 3423-005507-CU                 Regular Association Payment $ 188.00 /month (Months  1  to  60 )

2.  Martinique No.2 Condo Association
Address: 14275 SW 142 Ave
Miami, FL 33186                          Regular Association Payment $ 117.00 /month (Months  1  to  60 )
Account # 3425-00507-CU

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due  $_____
                            Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 12.45 /month (Months 31 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor will continue to treat Seterus Inc., direct and outside the Chapter 13 Plan (Account #8460, Homestead, 1st Mortgage). The debtor will pay 100% of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/S/_____
Debtor
Date: 07/19/2016

LF-31 (rev. 01/08/10)