**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                    CASE NO: 16-10855 BKC RBR
LAURA MONTOYA                                                CHAPTER 13
XXX-XX-4110
_____Debtor_____/

**MOTION TO MODIFY CHAPTER 13 PLAN**

*COMES NOW,* the Debtor, Laura Montoya, by and through undersigned counsel, and hereby moves this Court for an Order Granting the Motion to Modify Chapter 13 Plan, and in support of said motion states as follows:

1. Debtor filed for Chapter 13 Bankruptcy on January 20, 2016 (DE #1).
2. The Court entered an order confirming the Second Amended Plan on July 14, 2016 (DE #39).
3. Pursuant to the confirmed plan, the debtor is paying her condo association, Martinique @ Miramar Community Association and Martinique No 2 Condo Association.
4. The association filed a proof of claim past the bar date.
5. The association filed a motion to reconsider the order sustaining the objection to their late-filed claim.
6. The debtor would like to increase the plan to pay for the amounts owed to the association.

*WHEREFORE,* Debtor respectfully request that this Honorable Court enter an Order Granting Debtor's Motion to Modify Chapter 13 Plan.

The Law Offices of Christian Paul Larriviere, P.A.
Counsel for the Debtor
4340 Sheridan Street, Suite 102
Hollywood, Florida 33021
P: (954) 239-7150
F: (954) 874-6110
E: Christian@cpllaw.com
By: _____/s_____
Christian Paul Larriviere, Esq.
Florida Bar No: 571156